No. 2,432.—G. W. COOK, APPELLANT, *v.* P. C. ROBISON, RESPONDENT.

*Appeal from District Court, Fergus County; E. K. Cheadle, Judge.*

Decided April 29, 1907.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is sustained and the appeal dismissed without prejudice, in accordance with stipulation of counsel on file herein.

*Messrs. DeKalb & Mettler*, for Appellant.

*Mr. John C. Huntoon*, and *Mr. O. W. Belden*, for Respondent.